**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6008

SEAN MCCALL,

Plaintiff - Appellant,

versus

BERKELEY COUNTY SHERIFF; BERKELEY COUNTY
SHERIFF'S DEPARTMENT; BERKELEY COUNTY
DETENTION CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-02-2448-2-18)

Submitted: July 15, 2004          Decided: July 20, 2004

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sean McCall, Appellant Pro Se. James Albert Stuckey, Jr., Alexia
Pittas-Giroux, STUCKEY LAW OFFICES, P.A., Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sean McCall appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint and related state tort claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCall v. Berkeley County Sheriff, No. CA-02-2448-2-18 (D.S.C. Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED